**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | |
|---|---|
| RANDOLPH HALLMON,<br><br>*Plaintiff*,<br><br>vs.<br><br>UNITED NETWORK FOR ORGAN SHARING; MEDICAL UNIVERSITY HOSPITAL AUTHORITY/MEDICAL CENTER OF THE MEDICAL UNIVERSITY OF SOUTH CAROLINA, DR. VINAYA RAO<br><br>*Defendants.* | Case No. 2:24-CV-04100-BHH |

**DECLARATION OF DANIEL A. CONTRERAS IN SUPPORT OF PLAINTIFF RANDOLPH HALLMON'S MOTION TO COMPEL DISCOVERY RESPONSES**

I, Daniel Contreras, declare and state as follows:

1. I am an attorney at law, duly admitted to practice before this Court. I am an associate with Ellis George LLP, counsel of record for Plaintiff Randolph Hallmon ("Plaintiff") in this matter. I have firsthand, personal knowledge of the facts set forth below and if called as a witness could competently testify thereto.

2. Attached hereto as **Exhibit A** is a true and correct copy of the Interrogatories that Plaintiff served on Defendant Medical University of South Carolina on July 7, 2025.

3. Attached hereto as **Exhibit B** is a true and correct copy of the Interrogatories that Plaintiff served on Defendant Dr. Vinaya Rao on July 7, 2025.

4. Attached hereto as **Exhibit C** is a true and correct copy of the Requests for Production of Documents that Plaintiff served on Defendant Medical University of South Carolina on July 7, 2025.

1

5. Attached hereto as **Exhibit D** is a true and correct copy of the Requests for Production of Documents that Plaintiff served on Defendant Dr. Vinaya Rao on July 7, 2025.

6. The deadline for Defendants to respond to the above-listed discovery requests was August 6, 2025.

7. On August 14, 2025, I emailed counsel for Defendants requesting code-compliant discovery responses, but received no response.

8. On August 21, 2025, I sent another email to counsel for Defendants requesting code-compliant discovery responses, and again received no response. Attached hereto as **Exhibit E** is a true and correct copy of the email correspondence I sent to counsel for Defendants, reflecting my communications on August 14, 2025 and August 21, 2025.

9. On August 22, 2025, I called counsel for Defendants and left a voicemail requesting to discuss Defendants' failure to serve responses to Plaintiff's discovery requests, but never received a response.

10. On August 27, 2025, my co-counsel spoke with counsel for Defendants over the phone. Afterward, counsel for Defendants confirmed over email that Defendants were working to provide responses to the outstanding discovery, and that Plaintiff's deadline to file a motion to compel under Local Civil Rule 37.01(A) would be extended. Attached hereto as **Exhibit F** is a true and correct copy of that correspondence.

11. On September 12, 2025, I again conferred with counsel for Defendants and the parties agreed to another extension of the Local Civil Rule 37.01(A) deadlines. Attached hereto as **Exhibit G** is a true and correct copy of that correspondence.

12. On September 18, 2025, MUSC and Dr. Rao served their responses to Plaintiff's discovery requests. Those requests included several deficiencies, including but not limited to

improper objections that were waived under the Federal Rules of Civil Procedure, and improper assertions of privilege that do not apply in Federal court. Attached hereto as **Exhibits H**, **I, J, and K** are true and correct copies of MUSC's and Dr. Rao's original discovery responses.

13.     On September 29, 2025, I sent a letter to counsel for Defendants outlining the deficiencies in the Defendants' discovery responses. A true and correct copy of that correspondence is attached hereto as **Exhibit L**.

14.     On October 2, 2025, I spoke with counsel for Defendants over the phone. We reached an agreement on some, but not all of the deficiencies in MUSC's and Dr. Rao's discovery responses. The remaining deficiencies include the improper assertion of waived objections, and the improper assertion of inapplicable privilege.

15.     On October 10, 2025, after conferring with opposing counsel on acceptable dates, I emailed Judge Hendricks' chambers to request an informal discovery conference to resolve the remaining disputes. On October 14, 2025, Judge Hendricks' chambers responded that after reviewing my email, it did not appear that a telephone conference would be helpful, and instructed that Plaintiff could file a motion regarding the remaining dispute. A true and correct copy of that correspondence is attached hereto as **Exhibit M**.

Executed this 30th day of October 2025, at Los Angeles, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*s/Daniel Contreras*
Daniel Contreras

3046084