IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| RANDOLPH HALLMON, | ) | C.A. NO. 2:24-CV-04100-BHH |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **JOINT MOTION FOR ENTRY OF** |
| UNITED NETWORK FOR ORGAN SHARING; THE MEDICAL UNIVERSITY OF SOUTH CAROLINA, AND DR. VINAYA RAO, | ) ) ) ) | **CONFIDENTIALITY ORDER** |
| | ) | |
| DEFENDANTS. | ) ) | |

Defendants Medical University of South Carolina and Dr. Vinaya Rao, Defendant United Network for Organ Sharing, and Plaintiff Randolph Hallmon (collectively "parties"), hereby jointly move for a Confidentiality Order in the above-captioned matter. The parties' consent and the content of the Confidentiality Order are outlined as follows:

CONSENT:

The attached proposed Confidentiality Order is requested:

- **by consent of all parties.**

o  by consent as to some, but not all, of the terms.

o  by some, but not all, parties.

CONTENT:

The attached proposed Confidentiality Order:

o  is identical to the standard form on the court's website.

o  has been revised by deleting the Reading Room provision, but no other changes have been made (*redlined copy not required*).

1

- **is a modified version of the standard form on the court's website and the modifications have been indicated by attaching a "redlined" copy of the document. An explanation of the basis for each proposed modification is as follows:**

    **As to the Reading Room provision, the parties have deleted it because they do not believe that the Reading Room provision is necessary under the circumstances of this particular case.**

    **As to the changes made in Paragraph 3, the parties are agreeable to the procedure outlined in the Court's standard Confidentiality Order as it relates to documents produced that are specific to this case. However, the parties also intend to produce more than a hundred thousand documents from prior litigation in other jurisdictions which are factually related to this case. The parties agree that it would be impractical and unreasonably burdensome to require counsel for any party to find each attorney who reviewed the documents in those prior cases (some of whom are not litigants in the instant matter) and have them retroactively certify their confidentiality designations. The added language in Paragraph 3 is meant to reflect that understanding between the parties.**

**[SIGNATURE BLOCKS ON FOLLOWING PAGES]**

WE SO MOVE:

<u>s/ T. Ashton Phillips, III</u>
D. Jay Davis, Jr. (Fed. Bar No. 6723)
James E. Scott, IV (Fed. Bar No. 9063)
T. Ashton Phillips, III (Fed. Bar No. 13205)
CLEMENT RIVERS, LLP
P.O. Box 993, Charleston, SC  29402
Telephone: (843) 720-5406
Fax: (843) 579-1355
jdavis@ycrlaw.com
jscott@ycrlaw.com
aphillips@ycrlaw.com
*Attorneys for Defendants the Medical University of South Carolina and Dr. Vinaya Rao*

WE SO MOVE/CONSENT:

<u>s/ Julie L. Moore</u>
Julie L. Moore (Fed. Bar No. 11138)
C. Wilson Daniel (Fed. Bar No. 13579)
DUFFY & YOUNG, LLC
96 Broad Street
Charlston, SC 29401
Telephone: (843) 720-2044
Facsimile: (843) 720-2047
jmoore@duffyandyoung.com
wdaniel@duffyandyoung.com
and
George B. A. Laiolo, *Pro Hac Vice*
California Bar No. 329850 ELLIS GEORGE LLP
2121 Avenue of the Stars, 30th Floor Los Angeles, California 90067 Telephone: (310) 274-7100
glaiolo@ellisgeorge.com
mvenezia@ellisgeorge.com

*Attorneys for Plaintiff Randolph Hallmon*

3

WE SO MOVE/CONSENT:

*s/ R. Daniel Addison*
R. Daniel Addison (Bar No. 6871)
HALL BOOTH SMITH, P.C.
111 Coleman Blvd., Ste. 301
Mount Pleasant, SC 29464
Tel.: (843) 720-3460
daddison@hallboothsmith.com
and
Daniel M. Blouin (admitted *pro hac vice*)
Thomas G. Weber (admitted *pro hac vice*)
WINSTON & STRAWN LLP
300 N. LaSalle Dr.
Chicago, IL 60654
Tel.: (312) 558-5600
Fax: (312) 558-5700
dblouin@winston.com
tgweber@winston.com
*Attorneys for Defendant United Network for Organ Sharing*